```
                    THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| FLETCHER-HARLEE CORP., | HONORABLE JEROME B. SIMANDLE |
| Plaintiff, | CIVIL NO. 05-2589 (JBS) |
| v. | **O R D E R** |
| POTE CONCRETE CONTRACTORS, INC. | |
| Defendant. | |

This matter having come before the Court upon the motion of Defendant Pote Concrete Contractors, Inc. to dismiss for failure to state a claim; and the Court having considered the parties' submissions; and for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this ___**27th**___ day of **March, 2006** hereby

**ORDERED** that Defendant's Fed. R. Civ. P 12(b)(6) motion for failure to state a claim be, and hereby is, **GRANTED**.

                                          **s/ Jerome B. Simandle**
                                          JEROME B. SIMANDLE
                                          United States District Judge